Cite as 2019 Ark. 263

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADOPTION OF ADMINISTRATIVE ORDER NO. 15.3 | **Opinion Delivered:** October 3, 2019 |

**PER CURIAM**

We adopt, effective immediately, Administrative Order Number 15.3 as set out below.

### ADMINISTRATIVE ORDER NUMBER 15.3 —
### Pro Bono Legal Services by Retired or Inactive Attorneys

(a) *Authorization to Provide Pro Bono Services.* Notwithstanding the limitations on practice for attorneys who are retired or inactive, attorneys with a license status of retired or voluntary inactive are authorized to provide pro bono legal services as set out in this order.

(1) The attorney must not have been publicly disciplined for professional misconduct by a bar, court, or government agency of any jurisdiction within the last five (5) years.

(2) The attorney shall provide his or her services without fee or an expectation of fee to persons of limited means who have been referred to the attorney by an authorized sponsoring entity as set out in subsection (b) and only through such referrals.

(3) The volunteering attorney shall complete any appropriate training required by the sponsoring entity.

(b) *Sponsoring Entity.* When providing pro bono services pursuant to this order, the attorney's representation shall be under the auspices of a sponsoring entity. The sponsoring entity shall be a legal aid services provider that represents Arkansas

clients, namely Legal Aid of Arkansas, Inc., Center for Arkansas Legal Services, Inc., Lone Star Legal Aid, Inc., or such other entity as may be approved by the Arkansas Supreme Court, and shall

(1) make the volunteer attorney aware of the sponsoring entity's resources that may be of assistance to the attorney;

(2) maintain a log on an annual basis of all volunteer attorneys providing legal services through that sponsoring entity; and

(3) provide professional malpractice insurance covering the volunteer attorney's services if the volunteer attorney is not otherwise covered by professional malpractice insurance.

(c) *Continuing Legal Education.* A retired or voluntary inactive member of the Bar of Arkansas who practices law only to the extent authorized by this order shall be exempt from Rule 3 of the Rules for Minimum Continuing Legal Education.

(d) *License Fees.* A retired or voluntary inactive member of the Bar of Arkansas who practices law only to the extent authorized by this order shall pay only the attorney license fees otherwise required to maintain retired or voluntary inactive status, as applicable.

HART, J., not participating.

2